# DESAI LAW FIRM, P.C.

SMART. DEDICATED. EFFECTIVE.

*Aashish Y. Desai — Managing Partner*
*www.desai-law.com | aashish@desai-law.com*

July 1, 2022

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Ford Motor Company
One American Road
Dearborn, MI 48126

    Re:    *Ongoing Violations of the California Legal Remedies Act*

To Whom It May Concern:

**Please give this letter your complete and immediate attention.**

## I.  Introduction

I am writing on behalf of Benjamin Kegele, Thomas Dorobiala, Spenser Henry and a class of similar situated persons, to advise you that the above-referenced party, Ford Motor Corporation ("Defendant") has violated and continues to violate the California Consumer Legal Remedies Act ("CLRA").

## II.  Factual Background

Defendant Ford profits from the marketing, advertising, and distribution of the Mustang Mach-E. Specifically, Defendant falsely claim that Mustang Mach-Es manufactured between May 2020 to May 2022 are safe, reliable, adequately designed, and adequately manufactured vehicles. Plaintiffs purchased his Mach-E relying on these representations which were, in fact, false. Ford intentionally failed or refused to disclose a battery contactors defect to him and, instead allowed Plaintiffs and other consumers to believe the representations it had made about the Mustang Mach-E.

## III.  Summary of Violations

The May 2020 to May 2022 Mustang Mach-Es ("Defective Vehicles") contain uniformly designed battery contractors which are substantially similar for all the Mach-Es.

Specifically, each of the Defective Vehicles contains a uniformly designed defective high voltage battery main contactor that could overheat, thereby immobilizing the vehicle or making it lose power during operation. The contactors on these vehicles are prone to fail during ordinary and foreseeable driving situations. FORD has actual knowledge that, because of the way in which

---

Re: Ongoing Violations of the California Legal Remedies Act
July 1, 2022
Page 2

---

the battery contactors were designed and integrated into the Defective Vehicles, the contactor switch could suddenly fail during normal operation, cutting off engine power and certain electrical systems in the cars, which in turn, disables key vehicle components, safety features or other vehicle functions, leaving occupants vulnerable to crashes, serious injuries, and death.[1]

Defendant's conduct violates the California Consumer Legal Remedies act by, without limitation,

1. Falsely claiming that the Mustang Mach-Es have characteristics, uses, and benefits which they do not have;

2. Falsely representing that the Mustang Mach-Es are of a particular, quality, or grade;

3. Fraudulently inducing consumers to purchase Mustang Mach-Es;

4. Placing the Mustang Mach-Es for sale to the general public when they do not materially conform to the product's advertisements; and

5. Labeling and advertising the Mustang Mach-Es in a way that is misleading in material respects.

**IV. Demand for Relief**

We respectfully request that Defendant:

1. Adequately disclose that the Mustang Mach-Es have defective battery contactors;
2. Fully remedy the defect in the battery contactors such that the vehicle does not overhead and cause loss of power during operation.
3. Take any additional steps it deems necessary to fully remedy the problem and render the Mustang Mach-Es safe and of economic value to their owners again, and
4. Reimburse Plaintiffs and other Class the purchase price of their vehicles, or the overpayment or diminution in value of their Mustang Mach-Es.

This letter constitutes notice for all federal and state statutes that so require it. Please contact me, if you would like to discuss this matter.

Very truly yours,

Aashish Y. Desai
DESAI LAW FIRM, P.C.

---

[1] See **Exhibit A**, Ford's Recall Report to NHTSA.

# EXHIBIT A

# Part 573 Safety Recall Report          22V-412

Manufacturer Name : Ford Motor Company
Submission Date : JUN 10, 2022
NHTSA Recall No. : 22V-412
Manufacturer Recall No. : 22S41



**Manufacturer Information :**
Manufacturer Name : Ford Motor Company
Address : 330 Town Center Drive
Suite 500 Dearborn MI 48126-2738
Company phone : 1-866-436-7332

**Population :**
Number of potentially involved : 48,924
Estimated percentage with defect : 100 %

**Vehicle Information :**

Vehicle 1 : 2021-2022 Ford Mustang Mach-E
Vehicle Type : LIGHT VEHICLES
Body Style : ALL
Power Train : NR
Descriptive Information : The recalled Secondary On-Board Diagnostic Control Module (SOBDMC) and the Battery Energy Control Module (BECM) software were introduced into production on 05/27/2020 and was taken out of production on 05/24/2022.

These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.

Production Dates : MAY 27, 2020 - MAY 24, 2022
VIN Range 1 : Begin :     NR     End : NR     ☐ Not sequential

**Description of Defect :**

Description of the Defect : Direct Current ("DC") fast charging and repeated wide open pedal events can cause the high voltage battery main contactors to overheat. Overheating may lead to arcing and deformation of the electrical contact surfaces, which can result in a contactor that remains open or a contactor that welds closed.
FMVSS 1 : NR
FMVSS 2 : NR
Description of the Safety Risk : An overheated contactor that opens while driving can result in a loss of motive power, which can increase the risk of an accident.
Description of the Cause : The design and part-to-part variation of the high voltage battery main

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Identification of Any Warning that can Occur : | contactor is not robust to the heat generated during DC fast charging and multiple wide open pedal events. If the contactor opens while driving, a powertrain malfunction warning light will be illuminated and the vehicle will display "Stop Safely Now" in the cluster when the vehicle experiences an immediate loss of motive power. Should the contactors weld closed while driving, a powertrain malfunction warning light will be illuminated on the next drive cycle, along with a no start condition. |

**Involved Components :**

Component Name 1 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R19 – 3P AWD
Component Part Number : LJ98-14G069-FR

Component Name 2 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R19 – 3P RWD
Component Part Number : LJ98-14G069-ER

Component Name 3 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R19 – 4P AWD
Component Part Number : LJ98-14G069-DR

Component Name 4 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R19 – 4P RWD
Component Part Number : LJ98-14G069-CR

Component Name 5 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R30 – 3P AWD
Component Part Number : LJ98-14G069-FS

| | |
|---|---|
| Component Name 6 : | Secondary On-Board Diagnostic Control Module Softw |
| Component Description : | R30 – 3P RWD |
| Component Part Number : | LJ98-14G069-ES |

| | |
|---|---|
| Component Name 7 : | Secondary On-Board Diagnostic Control Module Softw |
| Component Description : | R30 – 4P AWD |
| Component Part Number : | LJ98-14G069-DS |

| | |
|---|---|
| Component Name 8 : | Secondary On-Board Diagnostic Control Module Softw |
| Component Description : | R30 – 4P RWD |
| Component Part Number : | LJ98-14G069-CS |

| | |
|---|---|
| Component Name 9 : | Secondary On-Board Diagnostic Control Module Softw |
| Component Description : | R31/R32 – 3P AWD |
| Component Part Number : | LJ98-14G069-FT |

| | |
|---|---|
| Component Name 10 : | Secondary On-Board Diagnostic Control Module Softw |
| Component Description : | R31/R32 – 3P RWD |
| Component Part Number : | LJ98-14G069-ET |

| | |
|---|---|
| Component Name 11 : | Secondary On-Board Diagnostic Control Module Softw |
| Component Description : | R31/R32 – 4P AWD |
| Component Part Number : | LJ98-14G069-DT |

| | |
|---|---|
| Component Name 12 : | Secondary On-Board Diagnostic Control Module Softw |
| Component Description : | R31/R32 – 4P RWD |
| Component Part Number : | LJ98-14G069-CT |

Component Name 13 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R33 – 3P AWD
Component Part Number : LJ98-14G069-FU

Component Name 14 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R33 – 3P RWD
Component Part Number : LJ98-14G069-EU

Component Name 15 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R33 – 4P AWD
Component Part Number : LJ98-14G069-DU

Component Name 16 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R33 – 4P RWD
Component Part Number : LJ98-14G069-CU

Component Name 17 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R41 – 3P AWD
Component Part Number : LJ98-14G069-AXB

Component Name 18 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R41 – 3P RWD
Component Part Number : LJ98-14G069-AZB

Component Name 19 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R41 – 4P AWD
Component Part Number : LJ98-14G069-BBB

Component Name 20 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R41 – 4P RWD
Component Part Number : LJ98-14G069-BDB

Component Name 21 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R42/R43 – 3P AWD
Component Part Number : LJ98-14G069-AXC

Component Name 22 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R42/R43 – 3P RWD
Component Part Number : LJ98-14G069-AZC

Component Name 23 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R42/R43 – 4P AWD
Component Part Number : LJ98-14G069-BBC

Component Name 24 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R42/R43 – 4P RWD
Component Part Number : LJ98-14G069-BDC

Component Name 25 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 – 3P AWD
Component Part Number : LJ98-14G069-AXD

Component Name 26 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 – 3P RWD
Component Part Number : LJ98-14G069-AZD

Component Name 27 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 – 4P AWD
Component Part Number : LJ98-14G069-BBD

Component Name 28 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 – 4P RWD
Component Part Number : LJ98-14G069-BDD

Component Name 29 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR1 – 3P AWD
Component Part Number : LJ98-14G069-AXE

Component Name 30 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR1 – 3P RWD
Component Part Number : LJ98-14G069-AZE

Component Name 31 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR1 – 4P AWD
Component Part Number : LJ98-14G069-BBE

Component Name 32 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR1 – 4P RWD
Component Part Number : LJ98-14G069-BDE

Component Name 33 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR2/SR3 – 3P AWD
Component Part Number : LJ98-14G069-AXF

Component Name 34 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR2/SR3 – 3P RWD
Component Part Number : LJ98-14G069-AZF

Component Name 35 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR2/SR3 – 4P AWD
Component Part Number : LJ98-14G069-BBF

Component Name 36 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR2/SR3 – 4P RWD
Component Part Number : LJ98-14G069-BDF

Component Name 37 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR4 – 3P AWD
Component Part Number : LJ98-14G069-AXG

Component Name 38 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR4 – 3P RWD
Component Part Number : LJ98-14G069-AZG

Component Name 39 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR4 – 4P AWD
Component Part Number : LJ98-14G069-BBG

Component Name 40 : Secondary On-Board Diagnostic Control Module Softw
Component Description : R44 SR4 – 4P RWD
Component Part Number : LJ98-14G069-BDG

Component Name 41 : Battery Energy Control Module Software
Component Description : R19/R30 – 3P
Component Part Number : LJ98-14C197-AF

Component Name 42 : Battery Energy Control Module Software
Component Description : R19/R30 – 4P
Component Part Number : LJ98-14C197-BF

Component Name 43 : Battery Energy Control Module Software
Component Description : R31/R32/R33 – 3P
Component Part Number : LJ98-14C197-AG

Component Name 44 : Battery Energy Control Module Software
Component Description : R31/R32/R33 – 4P
Component Part Number : LJ98-14C197-BG

Component Name 45 : Battery Energy Control Module Software
Component Description : R41/R42 – 3P
Component Part Number : LJ98-14C197-AH

Component Name 46 : Battery Energy Control Module Software
Component Description : R41/R42 – 4P
Component Part Number : LJ98-14C197-BH

Component Name 47 : Battery Energy Control Module Software
Component Description : R43/R44 – 3P
Component Part Number : NJ98-14C197-AA

Component Name 48 : Battery Energy Control Module Software
Component Description : R43/R44 – 4P
Component Part Number : NJ98-14C197-BA

Component Name 49 : Battery Energy Control Module Software
Component Description : R44 SR1/SR2/SR3/SR4 – 3P
Component Part Number : NJ98-14C197-AB

Component Name 50 : Battery Energy Control Module Software
Component Description : R44 SR1/SR2/SR3/SR4 – 4P
Component Part Number : NJ98-14C197-BB

**Supplier Identification :**

**Component Manufacturer**

Name : Ford Motor Company
Address : One American Road
Dearborn Michigan 48126
Country : United States

**Chronology :**

On April 12, 2022, an issue pertaining to high voltage battery main contactor overheating was brought to Ford's Critical Concern Review Group for review.

In April and May of 2022, Ford investigated warranty claims to quantify performance differences between vehicle variants. Ford conducted a read-across of other vehicle lines utilizing high voltage battery contactors.

Between July 13, 2021 and May 31, 2022, there have been 286 warranty claims in North America related to an open or welded contactor. Ford is aware of one VOQ alleging a no-start and listing DTCs related to this concern.

On June 3, 2022, Ford's Field Review Committee reviewed the concern and approved a field action.

Ford is not aware of any reports of accident or injury related to this condition.

The information contained in this report was submitted pursuant to 49 CFR §573

**Description of Remedy :**

- **Description of Remedy Program :** The remedy for this program is a Secondary On-Board Diagnostic Control Module (SOBDMC) and Battery Energy Control Module (BECM) software update. Ford is anticipated to begin Over-The-Air (OTA) deployment to update the SOBDMC an BECM software for affected vehicles in July 2022. Alternatively, owners will have the option to take their vehicle to a Ford or Lincoln dealer to complete the software update. There will be no charge for this service.

  Ford provided the general reimbursement plan for the cost of remedies paid for by vehicle
  owners prior to notification of a safety recall in May 2021. The ending date for reimbursement
  eligibility is estimated to be January 31, 2023

  Ford will forward a copy of the notification letters to dealers to the agency when available.

- **How Remedy Component Differs from Recalled Component :** The updated SOBDMC software (LJ98-14G069-AXG, LJ98-14G069-AZG, LJ98-14G069-BBG, LJ98-14G069-BDG) will monitor contactor temperature and intelligently reduce battery power to prevent damage to the contactor. The updated BECM software (NJ98-14C197-AE, NJ98-14C197-BD) will monitor contactor resistance to identify an overheated contactor and reduce vehicle power to prevent further damage.

- **Identify How/When Recall Condition was Corrected in Production :** The updated SOBDMC software and BECM software was introduced into production on May 25, 2022.

**Recall Schedule :**

- **Description of Recall Schedule :** Notification to dealers is expected to occur on June 13, 2022. Mailing of owner notification letters is expected to begin July 18, 2022 and is expected to be completed by July 22, 2022.
- **Planned Dealer Notification Date :** JUN 13, 2022 - JUN 13, 2022
- **Planned Owner Notification Date :** JUL 18, 2022 - JUL 22, 2022

\* NR - Not Reported

The information contained in this report was submitted pursuant to 49 CFR §573