# EXHIBIT C

# DECLARATION OF BENJAMIN KEGELE

I, Benjamin Kegele, declare as follows:

1. I am a Plaintiff in this action and am a permanent resident of the United States, currently residing in the State of California. I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2. The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under Civil Code Section 1780(d) in that Sacramento County, is a county in which Plaintiff resides.

3. I purchased the Ford Mustang Mach-E in the year 2021.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on 7/1/2022, at Elk Grove, California.

_____
Benjamin Kegele