RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant
Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN KEGELE, THOMAS DOROBIALA, SPENSER HENRY, THEMSELVES AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:22-cv-01154-MCE-CKD<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br><br>Judge: Hon. Morrison C. England, Jr.<br>Complaint Filed: July 1, 2022 |

**ORDER**

Upon consideration of the Parties' Stipulation pursuant to Civil Local Rule 144(a) to extend time for Defendant Ford Motor Company to respond to the Complaint by 35 days, the Parties' stipulation is hereby GRANTED. Defendant Ford's response to the Complaint is due on August 29, 2022.

**IT IS SO ORDERED.**

Dated: July 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE